# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2019

## NO. 03-19-00107-CV

**Sergio Gutierrez, Appellant**

**v.**

**Rita Serna, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court. Sergio Gutierrez has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.